HOWARD GOLDEN v. DONALD GOLDEN.

March 31, 1988.

Petition for certification denied.

MR. & MRS. ANTHONY LASCARI v. BOARD OF EDUCATION
OF THE RAMAPO–INDIAN HILLS REGIONAL HIGH
SCHOOL DISTRICT.

March 31, 1988.

Petition for certification granted.

PASCALE COMMERCIAL PROPERTIES, INC. v. ROBERT J. LITT-
MANN AND R.M.R. ASSOCIATES.

March 31, 1988.

Petition for certification denied.

SCHRADER RESEARCH v. TOWNSHIP COMMITTEE OF THE
TOWNSHIP OF CRANBURY.

March 31, 1988.

Petition for certification denied.